UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-81364-CIV-MIDDLEBROOKS/VITUNAC

MICHELANGELO CALLAZO,

    Plaintiff,

v.

NALU OF BOCA RATON, LLC,
a Florida limited liability company,
JANE L. HENGEL, and FRED J. HENGEL,

    Defendants.
_____/

## ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation") (DE 13), filed April 11, 2012. With their Stipulation, the Parties included their Settlement Agreement ("Agreement") (*see* DE 13- Attachment 1). The Court has reviewed the Stipulation, the Parties' Agreement, and is otherwise fully advised in the premises.

Having considered the Stipulation, the Parties' Agreement, and recognizing that the Agreement was concluded at arms-length with both sides represented by experienced counsel, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Stipulation for Dismissal with Prejudice (DE 13) is **APPROVED**.

Further, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Parties' Agreement is **RATIFIED, ADOPTED, and APPROVED** in its entirety and shall be enforced according to its terms;
2. This action is **DISMISSED WITH PREJUDICE**;
3. The Clerk of Court shall **CLOSE** this case; and
4. The Court shall retain jurisdiction over this matter solely for purposes of enforcing the Parties' Settlement Agreement and resolving any disputes arising thereunder.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida this ___ day of April, 2012.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record